# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2008

135383-84

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HARBOR PARK MARKET, INC.,
      Plaintiff-Appellant,

v

WILLIAM GRONDA and LINDA GRONDA,
      Defendants-Appellees,
and

CARLETON ENTERPRISES, INC.,
      Defendant-Appellee.

SC: 135383-84
COA: 267207, 267288
Emmet CC: 04-008520-CK

_____/

On order of the Court, the application for leave to appeal the October 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2008

_____
Clerk

t0430